■ 305 EAST 24TH OWNERS CORP. v PARMAN CO.

Concur—Murphy, P. J., Sullivan, Carro, Milonas and Kassal, JJ.